**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Developer RE1 LLC, *et al.* | ) | Case No. 1:25-mc-00160-JEB |
| Plaintiffs, | ) | |
| v. | ) | |
| DP Capital LLC, *et al*. | ) | |
| Defendants. | ) | |
| JPK NewCo LLC, *et al*, | ) | |
| Plaintiffs, | ) | Case No. 1:25-mc-00161-JEB |
| v. | ) | |
| Developer RE1 LLC, *et al.* | ) | |
| Defendants. | ) | |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

Come now Maurice B. VerStandig and The VerStandig Law Firm, LLC (collectively, "VLF"), pursuant to Local Rule 83.6(c), and respectfully move this Honorable Court for leave to withdraw as counsel for (i) DP Capital LLC; (ii) Daniel Huertas; (iii) JPK NewCo LLC; and (iv) WCP Fund I LLC.

The withdrawal sought herein is for reasons protected by the attorney/client privilege. However, VLF does *not* seek to withdraw as counsel for Russell Drazin or SF NU, LLC.

Insofar as the matter before this Honorable Court—whether or not to withdraw the reference of two cases to the United States Bankruptcy Court for the District of Columbia—has been fully briefed, *see* ECF No. 1, ECF No. 6, and insofar as certain parties on whose behalf VLF seeks to withdraw are legal entities that must be represented by counsel, *see Alexian Bros. Med.*

1

*Ctr. v. Sebelius*, 63 F. Supp. 3d 105, 108 (D.D.C. 2014), VLF does not oppose this motion being

held in abeyance pending adjudication of the two motions to withdraw the reference.


Respectfully submitted,


Dated: June 14, 2026          By:   /s/ Maurice B. VerStandig
                                    Maurice B. VerStandig, Esq.
                                    Bar No. MD18071
                                    The VerStandig Law Firm, LLC
                                    9812 Falls Road, #114-160
                                    Potomac, Maryland 20854
                                    Phone: (301) 444-4600
                                    mac@mbvesq.com


*[Certificate of Service on Following Page]*


2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of June, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein. A copy is also being sent via US Mail, postage prepaid, on June 15, 2026, to the following parties:

WCP Fund I LLC
8401 Greensboro Drive,
Suite 960
McLean, VA  22102

DP Capital LLC
8401 Greensboro Drive,
Suite 960
McLean, VA  22102

Daniel Huertas
8401 Greensboro Drive,
Suite 960
McLean, VA  22102

JPK NewCo LLC
8401 Greensboro Drive,
Suite 960
McLean, VA  22102

/s/ Maurice B. VerStandig
Maurice B. VerStandig

3