**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 1:25-mc-00160-AHA<br>Case No. 1:25-mc-00161-AHA |
| JPK NEWCO, LLC, | ) | |
| | ) | Bankr. Case No. 25-00200-ELG |
| Debtor. | ) | |

**NOTICE OF WITHDRAWAL OF MOTION TO STAY CASES PENDING A DISPOSITIVE DECISION IN THE UNDERLYING BANKRUPTCY CASE**

Developer RE1 LLC ("Developer RE1") and 423 Kennedy St Holdings LLC ("423 Kennedy") (collectively, "Movants"), hereby withdraw their Opposed Motion to Stay Cases Pending a Decision in the Underlying Bankruptcy Case that was filed on October 9, 2026 (ECF # 11).

Brief Update to the Court

1. The Movants sought a stay here based upon their belief that the Bankruptcy Court would stay all proceedings before it until after first making a decision on whether the JPK NewCo, LLC bankruptcy case (25-00200-ELG – the "Chapter 11 Case") was filed in bad faith. ECF #11.

2. In the Chapter 11 Case and the related adversary proceeding (25-AP-10037), the Bankruptcy Court refused to grant such a stay, and instead moved forward with a hearing on a Motion to Dissolve Injunction in the adversary proceeding, after which the Bankruptcy Court revisited, overruled, and dissolved two existing injunctions issued by the D.C. Superior Court. *See* ECF No. 126 in the Chapter 11 Case (Minute entry denying Motion to Stay) and ECF # 48 in the adversary proceeding (Order Dissolving Injunction) in 25-AP-10037.

3. Because the Bankruptcy Court did not issue a stay of its proceedings pending a decision on the bad faith issue, the underlying basis for the motion to stay filed here no longer exists. As a result, the Movants are withdrawing their motion to stay this case.

October 22, 2026

**DEVELOPER RE1, LLC AND 423 KENNEDY ST HOLDINGS, LLC,**

/s/ James D. Sadowski

James D. Sadowski (DC 446635)
Alexandria J. Smith (DC 1781067)
GREENSTEIN DELORME & LUCHS, P.C.
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400; Fax: (202) 452-1410
Email: jds@gdllaw.com

Jeremy S. Williams (DC 994825)
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Phone: (804) 644-1700; Fax: (804) 783-6192
Email: jeremy.williams@kutakrock.com

*Co-Counsel for Developer RE1, LLC and 423 Kennedy St Holdings, LLC*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of October, 2026, a true copy of the foregoing Notice was served electronically and a Notice of Electronic filing should be sent to all persons receiving notices via the Court's CM/ECF system.

/s/ James D. Sadowski
James D. Sadowski